*John S. Leahy* and *Roberts P. Elam* for petitioner. *Walter H. Pollmann* for respondent. ▮

No. 178. NORTH LITTLE ROCK TRANSPORTATION CO., INC. *v.* CASUALTY RECIPROCAL EXCHANGE ET AL. C. A. 8th Cir. Certiorari denied. *A. F. House* for petitioner. *James B. Donovan* and *Edward L. Wright* for respondents. ▮

No. 179. WALTON ET AL. *v.* CITY OF ATLANTA ET AL. C. A. 5th Cir. Certiorari denied. *John M. Slaton* for petitioners. *J. C. Murphy* and *Henry L. Bowden* for respondents. ▮

No. 180. BROTHERHOOD OF RAILROAD TRAINMEN *v.* TEMPLETON ET AL. C. A. 8th Cir. Certiorari denied. *R. Carter Tucker* for petitioner. *James P. Aylward* and *Terence M. O'Brien* for Templeton; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, T. & S. F. R. Co. et al., respondents. ▮

No. 181. RED ARROW FREIGHT LINES, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Sam R. Sayers* for petitioners. *Acting Solicitor General Raum, Robert N. Denham, David P. Findling* and *Mozart G. Ratner* for respondent. ▮

No. 182. LEWYT CORPORATION *v.* HEALTH-MOR, INC. ET AL. C. A. 7th Cir. Certiorari denied. *Carlton Hill* and *Casper W. Ooms* for petitioner. *Max W. Zabel* and *Benton Baker* for respondents. ▮

No. 183. FINNEGAN, COLLECTOR OF INTERNAL REVENUE, *v.* DIMMITT-RICKHOFF-BAYER REAL ESTATE CO.